IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mike Springer, | : | |
| Plaintiff | : | Civil Action 2:06-cv-00271 |
| v. | : | Judge Watson |
| Gary Sims, *et al.*, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

Plaintiff Gary Springer, a State prisoner, brings this action under 28 U.S.C. §1983 alleging that defendants compelled him to work on Sundays in violation of his Christian religious beliefs. This matter is before the Court on Magistrate Judge Abel's April 2, 2007 Report and Recommendation that defendants' unopposed January 26, 2007 motion to dismiss or, in the alternative, to compel discovery and extend the case-dispositive motion deadline (doc. 17) be granted.

No objections have been filed. After *de novo* review as required by 28 U.S.C. §636(b)(1)(B), the Court ADOPTS the Report and Recommendation.

Defendants duly noticed Springer for depositions, but he failed to appear. He has taken no steps to prosecute this lawsuit. He failed to respond to defendants' motion to dismiss; and he did not file objections to the Report and Recommendation.

Accordingly, the Clerk of Court is DIRECTED to enter JUDGMENT for defendants. This action is hereby DISMISSED.

Michael H. Watson, Judge
United States District Court